UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CENTRAL FACILITIES OPERATING
COMPANY, L.L.C.

VERSUS

CINEMARK U.S.A., INC., ET AL

CIVIL ACTION

NO. 11-660-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 29, 2012 (doc. no. 52) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiffs' Motion for Remand to State Court is DENIED.

Baton Rouge, Louisiana, this 3rd day of April, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE