UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CENTRAL FACILITIES OPERATING
COMPANY, L.L.C.

CIVIL ACTION

VERSUS

NO. 11-660-JJB-SCR

CINEMARK U.S.A., INC., ET AL

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated February 29, 2012 (doc. no. 52) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Plaintiffs' Motion for Remand to State Court is DENIED.

Baton Rouge, Louisiana, this 3rd day of April, 2012.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE